ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 13-CV-02006-LHK |
| Plaintiff, | ORDER TO FILE STIPULATION OF DISMISSAL |
| v. | |
| ISIDRO GUZMAN a/k/a ISIDRO VELAZQUEZ GUZMAN, | |
| Defendant. | |

Plaintiff has filed a notice stating that parties have settled this matter. ECF No. 10. Plaintiff requests that all presently calendared deadlines and appearances be vacated. *Id.* The Court denies Plaintiff's request. The parties are ordered to file a stipulation of dismissal by August 5, 2013. All presently calendared deadlines and appearances remain as set.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge