Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ISIDRO GUZMAN, ET AL., <br><br> Defendant. | CASE NO. 5:13-cv-02006-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 24, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

STIPULATION OF DISMISSAL
5:13-cv-02006-LHK
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 8, 2013

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7-27-13

_____
ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN
Individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA

**IT IS SO ORDERED:**

_____
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: August 5, 2013

STIPULATION OF DISMISSAL
5:13-cv-02006-LHK
PAGE 2