C

| | |
|---|---|
| 1 | Thomas P. Riley, SBN 194706 |
| | LAW OFFICES OF THOMAS P. RILEY, P.C. |
| 2 | First Library Square |
| | 1114 Fremont Avenue |
| 3 | South Pasadena, CA 91030-3227 |
| 4 | Tel: 626-799-9797 |
| | Fax: 626-799-9795 |
| 5 | TPRLAW@att.net |
| 6 | Attorneys for Plaintiff |
| | J & J Sports Productions, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:13-cv-02006-LHK |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA |
| vs. | |
| ISIDRO GUZMAN, ET AL., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN, individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 24, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 8, 2013

*[signature]*

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7-27-13

*[signature: Isidro Guzman]*

ISIDRO GUZMAN A/K/A ISIDRO VELAZQUEZ GUZMAN
Individually and d/b/a ISIDRO'S TACO SHOP TAQUERIA

IT IS SO ORDERED:

*[signature: Lucy H. Koh]*

The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: August 5, 2013